# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In the Matter of the Seizure of | ) | |
| | ) | |
| A Certificate of Deposit in the | ) | 8:09MJ137 |
| approximate amount of $100,270.92, | ) | |
| under Account Number 40020790826, | ) | ORDER |
| at First National Bank of Omaha, | ) | |
| Omaha, Nebraska | ) | |

This matter is before the court on the motion of First National Bank of Omaha (FNBO) to quash (Filing No. 3). The court will hold an evidentiary hearing on the Motion to Quash in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska on **March 31, 2010, at 2:00 p.m.** The government shall file a response to such motion on or before **March 26, 2010**.

**IT IS SO ORDERED.**

Dated this 10th day of March, 2010

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge