IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF ) <br> ) <br> ) <br> A CERTIFICATE OF DEPOSIT IN THE ) <br> APPROXIMATE AMOUNT OF ) <br> $100,270.92, UNDER ACCOUNT ) <br> NUMBER XXXXXX826, AT FIRST ) <br> NATIONAL BANK OF OMAHA, ) <br> NEBRASKA. ) | 8:09MJ137 <br><br><br><br> ORDER |

This matter is before the court on the government's motion to unseal this case, to determine priorities, to determine disposition of the *res*, and to schedule a hearing (Filing No. 25). The motion is granted as set forth below:

**IT IS ORDERED**:

1. The Clerk shall unseal this case.

2. **On or before August 31, 2011**, any claimant to the subject funds held by the court in this case shall file a claim setting forth their interest in the subject funds together with an index of evidence documenting their claim. In addition, Old Republic shall file a supplement to its report of May 18, 2010 (Filing No. 22), regarding any claim on the Bond or any status of potential/contingent liability on the Bond.

3. **On or before August 17, 2011**, the Clerk shall report the status of the *res* to include the current balance and rate of interest.

4. The court will hold an evidentiary hearing in this matter **at 10:00 a.m. on September 20, 2011**, in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, NE 68102, to determine the disposition of the *res*.

DATED this 8th day of August, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge