## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF ) <br> ) <br> ) <br> A CERTIFICATE OF DEPOSIT IN THE ) <br> APPROXIMATE AMOUNT OF ) <br> $100,270.92, UNDER ACCOUNT ) <br> NUMBER XXXXXXX826, AT FIRST ) <br> NATIONAL BANK OF OMAHA, ) <br> NEBRASKA. ) | 8:09MJ137 <br><br><br><br> ORDER |

This matter is before the court on oral motion of David L. Herzog, attorney for the claimants, for an extension of time to file a claim pursuant to this court's order of August 8, 2011 (Filing No. 26). The motion is granted as set forth below.

**IT IS ORDERED**:

1.     **On or before October 7, 2011**, any claimant to the subject funds held by the court in this case shall file a claim setting forth their interest in the subject funds together with an index of evidence documenting their claim. In addition, Old Republic shall file a supplement to its report of May 18, 2010 (Filing No. 22), regarding any claim on the Bond or any status of potential/contingent liability on the Bond.

2.     The evidentiary hearing in this matter scheduled for 10:00 a.m. on September 20, 2011, in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, NE 68102, to determine the disposition of the *res* is cancelled and will be rescheduled following the filing of any claims set forth in paragraph 1 above.

3.     The Clerk's Office shall mail a copy of this order to David L. Herzog, Herzog & Herzog, P.C., 209 S. 19th Street, Suite 150 Douglas Building, Omaha, NE 68102.

DATED this 31st day of August, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge